1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR GRAY, | )  Case No.: 1:16-cv-00156 JLT |
|           Plaintiff, | )  |
| | )  ORDER REGARDRNIG SETTLEMENT |
|      v. | )  CONFERENCE |
| | )  |
| ELLIOTT FAMILY CONSTRUCTION LLC, | )  |
| | )  |
|           Defendant. | )  |

16

17

      At the scheduling conference, it became apparent to the Court that a settlement conference, before the case is scheduled[1] might be fruitful.  Thus, the Court **ORDERS**:

      1.      No later than **May 13, 2016**, counsel SHALL file a joint stipulation/status report proposing dates for a court-sponsored settlement conference.  Counsel SHALL propose at least four dates for the conference;

      2.      The report SHALL also detail any agreement about whether they will conduct a site inspection or engage in formal or informal discovery before the settlement conference.

IT IS SO ORDERED.

    Dated:  __**April 28, 2016**__                  __**/s/ Jennifer L. Thurston**__
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will set a further scheduling conference in the order setting the settlement conference.