# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELLIOTT FAMILY CONSTRUCTION LLC,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00156 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

On December 5, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 29) Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed no later than **February 3, 2017**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

　Dated:　**December 6, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE