# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAY, | ) Case No.: 1:16-cv-00156 JLT |
| Plaintiff, | ) |
| | ) ORDER DIRECTING THE CLERK TO CLOSE |
| v. | ) THIS CASE |
| | ) |
| ELLIOTT FAMILY CONSTRUCTION LLC, | ) |
| | ) |
| Defendant. | ) |

On February 3, 2017, the parties filed a stipulation for the dismissal of the action. (Doc. 31) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **February 6, 2017**          **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE